**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **4:95-CR-00146-WRW**

**CAPRICORNIUS WHITLEY**

**ORDER**

Defendant's Motion for Early Termination of Supervision and Request to Pardon Case Seal Record (Doc. No. 58) is GRANTED in PART and DENIED in PART.

Specifically, the request for early termination of supervised release is GRANTED.

The request to pardon Defendant is DENIED for lack of jurisdiction.[1]

IT IS SO ORDERED this 4th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *See U.S. v. Meyer*, 439 F.3d 855 (8th Cir. 2006).